# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAT NGUYEN,

          Petitioner,

    v.

D. MARIN, WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,

          Respondents.

No. 5:26-CV-1837 AH (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered on a separate form concurrently herewith granting the Petition and ordering Respondents to release Petitioner from custody immediately, subject to his 2006 order of supervision.

///

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS FURTHER ORDERED that Respondents shall file a status report within three days of the date of this Order confirming their compliance with this Order.

DATED: MAY 1, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE