JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAT NGUYEN,

              Petitioner,

      v.

D. MARIN, WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,

             Respondents.

No. 5:26-CV-1837 AH (DSR)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED.  Respondents are ORDERED to release Petitioner from their custody immediately, subject to his 2006 order of supervision.

DATED: MAY 1, 2026          _____

                          HON. ANNE HWANG
                    UNITED STATES DISTRICT JUDGE